IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Cassidy Attleson,                                  )

                Plaintiff,                      )

           v.                               )            Case No. 1:18-cv-01862-CL

                                 )            **JUDGMENT**

Charter Communications, Inc.,                      )

                Defendant.                      )

      Based on the record,

      Judgment is hereby entered according to Notice of Stipulated Voluntary Dismissal [8] .   This case is dismissed.

      DATED this 11th day of March, 2020.

                                       MARY L. MORAN, CLERK OF COURT

                                       /s/ R S Moore, Deputy Clerk